No. 1021, Misc. CHRISTIAN v. BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1025, Misc. TAYLOR v. HEARD, ASSISTANT CORRECTIONS DIRECTOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 1029, Misc. GANT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 1034, Misc. BIEU v. WARDEN, CONNECTICUT PRISON. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 1037, Misc. PRIORE v. FAY, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 1038, Misc. MARSHALL v. MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 1048, Misc. YOUNG v. KROPP, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 1050, Misc. MEHOLCHICK v. MARONEY, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1051, Misc. MANGUAL v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se*. *Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *Anthony J. Lokot,* Assistant Attorney General, for respondent.